No. 10–1464. HERTZ CORP. *v.* MYERS. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–1489. MAI-TRANG THI NGUYEN *v.* STARBUCKS COFFEE CORP. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 10–1500. MYLAN LABORATORIES, INC., ET AL. *v.* BLUE CROSS BLUE SHIELD OF MASSACHUSETTS ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 10–1512. DEWEESE, JUDGE, COURT OF COMMON PLEAS, RICHLAND COUNTY, OHIO *v.* AMERICAN CIVIL LIBERTIES UNION OF OHIO FOUNDATION, INC. C. A. 6th Cir. Motion of Foundation for Moral Law for leave to file a brief as *amicus curiae* out of time granted. Certiorari denied.

No. 10–1528. NATIONAL ASSOCIATION OF HOME BUILDERS *v.* SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–1546. CARDER ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED *v.* CONTINENTAL AIRLINES, INC. C. A. 5th Cir. Motion of John Marshall Law School Veterans Legal Support Center & Clinic et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 10–8150. COHEN *v.* FEDERAL EXPRESS CORP. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–9436. WORMAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9544. ALI *v.* UNITED STATES;
No. 10–9545. ALI *v.* UNITED STATES; and